UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **17-3792**


United States v. Bell


**ORDER**


At the direction of the Court, the opinion issued on January 7, 2020 will be revised to correct a mis-numbering of the sections.  No substantive change has been made to the opinion.


For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated:  January 8, 2020

kr/cc:   Bernadette A. McKeon, Esq.
          George H. Newman, Esq.
          Robert A. Zauzmer, Esq.
         Yvonne O. Osirim, Esq.